# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, ALASKA LONGSHORE DIVISION, *et al.*

Plaintiffs,

v.

MATSON NAVIGATION COMPANY OF ALASKA, LLC,

Defendant.

Case No. 3:25-cv-00176-SLG

## ORDER TO CONFIRM AND ENFORCE ARBITRATION AWARD

Before the Court at Docket 12 is the unopposed motion of Petitioners International Longshore and Warehouse Union, Alaska Longshore Division, and ILWU, Unit 222, to confirm and enforce the May 16, 2025, Opinion and Decision of Coast Arbitrator John Kagel, Re: Appeal of AK-2018-08, item 5, remedy, against Respondent Matson Navigation Company of Alaska, LLC. A copy of the Coast Arbitrator's Opinion and Decision is attached to this Order as Exhibit A.

Having considered the papers, evidence, and argument from the parties, the Court hereby ORDERS as follows:

1. Petitioners' motion is GRANTED. The May 16, 2025, Opinion and Decision of Coast Arbitrator John Kagel is ENFORCED. The Opinion and Decision draws its essence from the collective bargaining agreement between the parties, remains well within the bounds of the issues the parties submitted to the Coast

Arbitrator, and was not procured by fraud.  Respondent shall immediately comply with the Opinion and Decision.

2. Respondent is ordered to pay any of Petitioners' reasonable attorneys' fees and costs it has not already paid, incurred with respect to consolidated District of Alaska Case Nos. 3:20-cv-00108-TMB-MMS and 3:20-cv-00248-TMB-MMS and any appeals therefrom and any further proceedings of this Court until final judgment is entered.

3. The Clerk shall enter judgment in favor of Petitioners and against Respondent and close this case.

IT IS SO ORDERED this 23rd day of October, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00176-SLG, *International Longshore and Warehouse Union, Alaska Longshore Division, et al. v. Matson Navigation Company of Alaska, LLC*
Order to Confirm and Enforce Arbitration Award
Page 2 of 2

Case 3:25-cv-00176-SLG     Document 15     Filed 10/23/25     Page 2 of 2